QUICK, Respondent, v. AMERICAN CAN CO., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Helen Quick, as administratrix, etc., against the American Can Company. W. A. Jones, Jr., for appellant. T. J. O'Neill, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

In re QUITMAN. (Supreme Court, Appellate Division, First Department. October 13, 1911.) In the matter of Max D. Quitman, an attorney. No opinion. Application granted. Settle order on notice. See, also, 143 App. Div. 933, 128 N. Y. Supp. 1142.

RALL, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Richard Rall against J. Addison Young, as temporary receiver of the Westchester Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RANDALL, Respondent, v. LOWRY, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Frederick W. Randall against John Lowry, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

RATTIGAN v. O'NEILL et al. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Charles F. Rattigan against Thomas H. O'Neill, individually and as mayor of Auburn, N. Y., and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements, without passing upon the merits, on the ground that apparently there is no necessity for passing upon the merits at this time.

McLENNAN, P. J., concurs, upon the further ground that it having been stated in open court, and not controverted, that the bonds have been issued and disposed of, and are now valid obligations against the city, there is no necessity for passing upon the merits at this time.

RAYACK, Appellant, v. STRUBEL, Respondent. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Action by Nathan Rayack against Barbara Strubel. No opinion. Judgment unanimously affirmed, with costs.

RED HOOK LIGHT & POWER CO., Respondent, v. RIGHTMYER, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Red Hook Light & Power Company against J. Clarence Rightmyer. J. L. Crandall, for appellant. T. P. Peters, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to renew on further papers after action is at issue. Order filed.

REID, Appellant, v. REID, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Marian Lindsay Reid, an infant, by her guardian ad litem, Mattie Lindsay Clark, against Archibald Graham Reid. No opinion. Interlocutory judgment affirmed, without costs. See, also, 72 Misc. Rep. 214, 129 N. Y. Supp. 529.

In re REILLY. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the application of James J. Reilly for admission to the bar. No opinion. Application granted.

REILLY, Respondent, v. REILLY, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Annie L. Reilly against John J. Reilly. No opinion. Motion denied, without costs.

REILLY, Respondent, v. REILLY, Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Annie L. Reilly against John J. Reilly.

PER CURIAM. Order adjudging defendant guilty of contempt of court reversed, without costs, and motion denied, without costs, on the ground that the moving papers fail to show that any demand was made upon the defendant for payment of alimony after the entry of the order providing therefor. See, also, supra.

REILLY, Respondent, v. WEBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Sarah Reilly against Henry Weber and Max Weber, copartners, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

REISER, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Benny Reiser against the Edison Electric Illuminating Company of Brooklyn. No opinion. Orders of the Municipal Court affirmed, with costs.

REITER, Respondent, v. DI' NICHOLAS, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Joseph Reiter against Angelo Di' Nicholas. No opinion. Motion granted, with costs.

REITH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Caroline Reith, as administratrix, etc., of George M. Reith, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.